No. 11–0280/AR.  U.S. v. Douglas K. Winckelmann.  CCA 20070243.  Appellant's *second* motion to extend time to file the supplement to the petition for grant of review is hereby granted, *up to and including December 5, 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 12–0148/AR.  U.S. v. James O. Morris.  CCA 20081169.  Appellant's motion to extend time to file the supplement to the petition for grant of review is hereby granted to December 10, 2012.

No. 13–0044/AF.  U.S. v. Amy R. Shook.  CCA 37593.  On consideration of Appellant's motion for leave to file the supplement to the petition for grant of review exceeding 9,000 words, said motion is hereby denied.  Appellee's motion for leave to